UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD C. FRYER, et al.,

    Plaintiff,

v.

BERNIE BROWN, et al.,

    Defendant.

Case No. C04-5481FDB

ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Before the Court is the motion of Plaintiff Ronald C. Fryer for an extension of time to comply with the Court's Order of July 15, 2005, which compels Plaintiff to respond to Defendants' discovery requests. The Court, having considered Plaintiff's motion, Defendants' response, and the balance of the record, finds that the motion should be denied. Plaintiff has had ample time to respond to Defendants' requests and by filing the instant motion, Plaintiff has obtained the extension he sought. No further extensions will be granted.

ACCORDINGLY,

IT IS ORDERED:

(1)    Plaintiff's motion for an extension of time  (Dkt#126) is **DENIED**; and

(2)    Plaintiff shall immediately comply with the Court's Order of July 15, 2005.

DATED this 15<u>th</u> day of August, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1