UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD C. FRYER, et al.,

    Plaintiff,

v.

BERNIE BROWN, et al.,

    Defendant.

Case No. C04-5481FDB

ORDER DIRECTING PLAINTIFF TO SUBMIT PROPOSED PROTECTIVE ORDER

Before the Court is Plaintiff's motion for a protective order and Defendant's proposed changes. The Court agrees that the changes proposed by Defendant are reasonable and should be incorporated into the proposed protective order.

ACCORDINGLY,

IT IS ORDERED:

(1) Plaintiff's motion for a protective order (Dkt.#141) in the format submitted by Plaintiff is **DENIED**;

(2) Plaintiff shall provide Defendant Brown with a revised proposed protective order incorporating the changes set forth in Defendant's response to Plaintiff's motion for a protective order (Dkt.#145); and

ORDER - 1

(3) After the parties have approved and signed the proposed protective order, Plaintiff may file and note it for the Court's consideration.

DATED this 26th day of September, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2