Hon. Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Ronald Fryer, et al., | |
| Plaintiffs, | NO. C04-5481 FDB |
| v. | STIPULATED INJUNCTION |
| Bernie Brown, et al. | |
| Defendants. | |

COMES NOW, the parties this action, and present this stipulated injunction to the Court, based on the settlement agreement agreed to by the parties.

IT IS STIPULATED, that Bernie Brown, and his successors and assigns, are enjoined from directly or indirectly using the domain name "www.autoupholsterykit.com" or any confusingly similar variation thereof for the advertising, operation, or maintainence of any Internet site or for any other purpose.

Dated this ____- day of December, 2005.

**WILLIAMS, KASTNER & GIBBS PLLC**                     RONALD FRYER,
                                                                                          Plaintiff pro se

By:_____

_____                         _____
Timothy L. Ashcraft, WSBA No. 26196                    Ronald Fryer
Attorneys for Defendant Bernie Brown

STIPULATED INJUNCTION - 1
(C04-5481 FDB)

**Williams, Kastner & Gibbs PLLC**
1301 A Street, Suite 900
Tacoma, Washington 98402-4200
(253) 593-5620 Tacoma
(206) 628-2420 Seattle

1776185.1

# ORDER

Based on the stipulation of the parties,

IT IS ORDERED, , that Bernie Brown, and his successors and assigns, are enjoined from directly or indirectly using the domain name "www.autoupholsterykit.com" or any confusingly similar variation thereof for the advertising, operation, or maintainence of any Internet site or for any other purpose.

Dated this 21st day of December 20005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by both parties:

**WILLIAMS, KASTNER & GIBBS PLLC**     RONALD FRYER,
                                       Plaintiff pro se

By:_____

Timothy L. Ashcraft, WSBA No. 26196    Ronald Fryer
Attorneys for Defendant Bernie Brown

STIPULATED INJUNCTION - 2
(C04-5481 FDB)

**Williams, Kastner & Gibbs PLLC**
1301 A Street, Suite 900
Tacoma, Washington 98402-4200
(253) 593-5620 Tacoma
(206) 628-2420 Seattle

1776185.1