UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD C. FRYER,

             Plaintiff,

   v.

BERNIE BROWN,

             Defendant.

CASE NO. CV04-5481BHS

ORDER

     This matter comes before the Court on November 24, 2014, on Plaintiff Ronald C. Fryer's unopposed Motion for Disbursement of Registry Funds. (Dkt. 185). The Court has considered the motion and the remainder of the file and hereby grants the motion.

     Therefore, it is hereby **ORDERED** that the Clerk of the Court draw a check on the funds deposited in the registry of the court in the principal amount of $1000.00, plus all accrued interest, minus any statutory user fees, payable to Ronald C. Fryer, and mail the check to Ronald C. Fryer.

     Dated this 21st day of November, 2014.

                                                 _[signature]_
                                       BENJAMIN H. SETTLE
                                       United States District Judge